IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Goldie-Horvath, Sherry L | Case Number: 07 B 13047 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/29/08 | Filed: 7/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 17, 2008
Confirmed: September 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,495.00 | |
| Secured: | | 2,349.20 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 10.94 |
| Trustee Fee: | | 134.86 |
| Other Funds: | | 0.00 |
| Totals: | 2,495.00 | 2,495.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 3,200.00 | 10.94 |
| 2. | Capital One Auto Finance | Secured | 16,219.01 | 2,349.20 |
| 3. | Premier Bankcard | Unsecured | 36.09 | 0.00 |
| 4. | Premier Bankcard | Unsecured | 48.22 | 0.00 |
| 5. | Educational Credit Management Corp | Unsecured | 754.20 | 0.00 |
| 6. | Payday Loan | Unsecured | 15.29 | 0.00 |
| 7. | T Mobile USA | Unsecured | 104.49 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 79.15 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 56.26 | 0.00 |
| 10. | Capital One Auto Finance | Unsecured | 10.09 | 0.00 |
| 11. | Jefferson Capital | Unsecured | 46.80 | 0.00 |
| 12. | Atlantic Credit & Finance Inc | Unsecured | | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | AT&T Broadband | Unsecured | | No Claim Filed |
| 15. | Check Into Cash | Unsecured | | No Claim Filed |
| 16. | CorTrust Bank | Unsecured | | No Claim Filed |
| 17. | C.C.D. | Unsecured | | No Claim Filed |
| 18. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 19. | First Cash Advance | Unsecured | | No Claim Filed |
| 20. | Advance America | Unsecured | | No Claim Filed |
| 21. | Northwest Collectors | Unsecured | | No Claim Filed |
| 22. | Illinois Masonic Medical Center | Unsecured | | No Claim Filed |
| 23. | Penn Foster Schools | Unsecured | | No Claim Filed |
| 24. | St James Hospital | Unsecured | | No Claim Filed |
| 25. | USA Payday Loans | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Goldie-Horvath, Sherry L | Case Number: 07 B 13047 |
|---|---|
|  | Judge: Goldgar, A. Benjamin |
| Printed: 7/29/08 | Filed: 7/20/07 |

| 26. Excel Emergency Care | Unsecured |  | No Claim Filed |
|---|---|---|---|
|  |  | _____ | _____ |
|  |  | $ 20,569.60 | $ 2,360.14 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 134.10 |
| 6.5% | 0.76 |
|  | _____ |
|  | $ 134.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____